Submitted
March 11, 1974. *Clarence B. Turns, Jr.*, Assistant Public Defender, for appellant; *Wallace B. Eldridge, III*, Assistant District Attorney, *Marion E. MacIntyre*, Deputy District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Peters, Appellant.

 Argued March 18, 1974. *John A. O'Brien*, with him *Stein, Storb, Mann & O'Brien*, for appellant; *James Leonard*, with him *Charles A. Achey*, Assistant District Attorney, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Peterson, Appellant.

 Argued March 19, 1974. *Calvin S. Drayer, Jr.*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, with him *J. David Bean*, Assistant District Attorney, *William T. Nicholas*, First Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.